UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-288-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| QUENTON G. BATTLE, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Notice of Withdrawal of Notice of Appeal [DE-20]. Because Battle has withdrawn his notice of appeal, the appeal is dismissed and the Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 25 day of November, 2013.

JAMES C. FOX
Senior United States District Judge